IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ELBERT HINES, JR.                                                        PLAINTIFF

VS.                                              CIVIL ACTION NO.: 4:13-cv-105-MPM-JMV

CITY OF CLARKSDALE, et al.                                             DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling…an immunity defense … motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, including any appeal." Because the defendants have raised the issue of qualified immunity by separate motion [16], staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the immunity motion. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the immunity defense motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 17th day of December, 2013.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**